T

FILED CA

U.S. DISTRICT COURT E. DIST. OF MO. ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

LEWIS & CLARK MARINE, INC., )
)
Petitioner, )
) Cause No. 4:98CV503 MLM
vs. )
) In Admiralty
JAMES LEWIS, )
)
Claimant. )

**ORDER OF DISMISSAL**

The Court having been apprised of a settlement between the parties in the above action, it is hereby ordered that this matter be dismissed with prejudice.

Dated: May 29, 2003.

Mary Ann L. Medler
Mary Ann L. Medler
United States Magistrate Judge



71

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 05/29/03 by cahring
4:98cv503 Lewis & Clark Marine vs

28:1333 Admiralty

| | |
|---|---|
| Richard Burke - 2749 | Fax: 618-254-0193 |
| Roy Dripps - 3014 | Fax: 618-254-0193 |
| James O' Brien - 3973 | Fax: 314-241-6056 |
| Christopher Swenson - 74100 | Fax: 314-727-7166 |

SCANNED & FAXED BY:
C. D. D.